```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

       -v-                          :   ORDER

ALPHONSE TRUCCHIO,                  :   S1 11 Cr. 614 (VM)
WILLIAM PAZIENZA, SR.,
     a/k/a "Old Man Willy,"         :
     a/k/a "The Grandfather,"
CHRISTOPHER COLON,                  :
RICHARD GUTKOWSKI,
ANTHONY FRASCONE,                   :
     a/k/a "The Walker,"
     a/k/a "Perry Como,"            :
PAUL CASELLA,
LAWRENCE ZAINO,                     :
ALEKSANDR KRAVETS,
     a/k/a "Big Alex,"              :
THOMAS DEVITT III,
     a/k/a "Tommy D,"               :
GERALD MONFORT,
YONG WANG,                          :
     a/k/a "Jonathan,"
BORIS YUSUPOV,                      :
VITALIY MINDYUK,
ZHANNA KUZNETSOVA,                  :
     a/k/a "Zhanna Striano,"
     a/k/a "Jane,"                  :
ELENA TURUBANOVA,
     a/k/a "Elena Totten,"          :
NATALIA IVANOVA,
     a/k/a "Natasha,"               :
CHRISTINE GUNNING,
     a/k/a "Christine Dalaba,"      :
JEFFREY RINCHEY,
OSCAR ZELEDON, and                  :
ALEXANDER BELESON,
                                    :
           Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2011

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Daniel Chung;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       November 30, 2011

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE