# IRVING COHEN
## ATTORNEY AT LAW

(212) 964-2544
FAX (212) 732-1339
ICOHENLAW@MSN.COM

233 BROADWAY
SUITE 2701
NEW YORK, N.Y. 10279

December 13, 2011

USDC SDNY
DOCUMEN.
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/11

**BY HAND: 212-805-6382**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10012

Re: U.S.A. v. Trucchio, et.al
(Lawrence Zaino)
S 1 11 Cr. 614 VM

Dear Judge Marrero:

I represent Lawrence Zaino pursuant to the Criminal Justice Act. By this letter, I am requesting an extension of Mr. Zaino's bail limits so he can attend a cousin's wedding. It will take place on Saturday, December 17, 2011 at 757 Eagle Rock Avenue, West Orange, New Jersey. Pretrial Services and the Government have no objection.

Thank you for your courtesy and attention.

Very truly yours,

IRVING COHEN

cc:     Michael Ferrara, Esq.
        Daniel Chung, Esq.
        Jonathan Cohen, Esq.
        Marnie Gerardino, PTSA

Request GRANTED. The bail conditions of defendant
Lawrence Zaino                    herein
are modified to permit travel to New Jersey
on 12-17-11 thru 12-17-11 for the purposes
and on the terms and conditions set forth above.

SO ORDERED:

12-15-11
DATE                    VICTOR MARRERO, U.S.D.J