UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-v-

ALPHONSE TRUCCHIO, et.al.

(LAWRENCE ZAINO)

Defendants.

ORDER
S1 11 CR . 614 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2012

Upon the EX-PARTE application of LAWRENCE ZAINO, by his attorney Irving Cohen, for an Order authorizing the appointment of Ronald Gans, as Paralegal, pursuant to Criminal Justice Act, 18 U.S.C. 3006A;

IT IS HEREBY ORDERED, that:

Ronald Gans is appointed as paralegal, to assist in the representation of Lawrence Zaino in the above captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. §3006A, and is authorized to bill at a rate of ninety dollars ($90.00) per hour, *effective 1-5-12.*

Dated: New York, New York
February /, 2012

SO ORDERED

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

IRVING COHEN
ATTORNEY AT LAW
233 BROADWAY
NEW YORK, N.Y. 10279