# IRVING COHEN
## ATTORNEY AT LAW

(212) 964-2544  
FAX (212) 732-1339  
ICOHENLAW@MSN.COM

233 BROADWAY  
SUITE 2701  
NEW YORK, N.Y. 10279



June 20, 2012

Hon. Victor Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

        Re: **United States of America v. Alphonse Trucchio, et.al. (Lawrence Zaino)**  
        **S1 11 CR 614 (VM)**

Dear Judge Marrero:

    I am the attorney for the Defendant Lawrence Zaino in the above entitled case, having been duly appointed pursuant to the Criminal Justice Act, Title 18 U.S.C. § 3006A (b).

    I am requesting permission for him to travel with his family to Disneyworld in August. I enclose his itinerary and contact information. Neither the Government nor his Pre-Trial Services Officer has an objection.

    Thank you for your attention.

Very truly yours,

IRVING COHEN

---

Request GRANTED. The bail conditions of defendant _Lawrence Zaino_ herein are modified to permit travel to _Florida_ on _8-22-12_ thru _8-29-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

_6-25-12_  
DATE       VICTOR MARRERO, U.S.D.J.

cc:   Michael Ferrara, Esq.

June 12, 2012

Requested itinerary for Lawrence Zaino's trip to Disneyworld with family.

Leaving on August 22, 2012and returning on August 29, 2012

Staying at the Carribbean Beach Resort in Disneyworld.

| | |
|---|---|
| Aug 22 | Arriving |
| Aug 23 | Seaworld |
| Aug 24 | Universal Studios |
| Aug 25 | Magic Kingdom |
| Aug 26 | Animal Kingdom |
| Aug 27 | Magic Kingdom |
| Aug 28 | Epcot |
| Aug 29 | Magic Kingdom – returning home |

Contact Numbers

| | |
|---|---|
| Lawrence Zaino | 516-455-3861 |
| Debra Wasp | 631-834-7419 |
| Judith Zaino | 516-428-1755 |

If you need any additional information please let me know

Thank you,

Lawrence Zaino