# IRVING COHEN
ATTORNEY AT LAW

(212) 964-2544　　　　　　　　　　　　　　　　　　　　　　　　233 BROADWAY
FAX (212) 732-1339　　　　　　　　　　　　　　　　　　　　　　　SUITE 2701
ICOHENLAW@MSN.COM　　　　　　　　　　　　　　　　　　　　NEW YORK, N.Y. 10279

April 1, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/13
```

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States of America v. Alphonse
Trucchio, et.al. (Lawrence Zaino)
S1 11 CR 614 (VM)

Dear Judge Marrero:

I am the attorney for the Defendant Lawrence Zaino in the above entitled case, having been duly appointed pursuant to the Criminal Justice Act, Title 18 U.S.C. § 3006A (b).

I am requesting permission for him to travel on April 6, 2013. He will be driving to Northampton, MA in the morning and returning the same night about 10:00 PM. He will be going to Webs Yarn Store at 75 Service Center Road (1-800-367-9327).

Thank you for your attention.

IRVING COHEN

cc:　Michael Ferrara, Esq.

---

Request GRANTED. The bail conditions of defendant _Lawrence Zaino_ herein are modified to permit travel to _Massachusetts_ on _4-6-13_ thru _4-6-13_ for the purposes and on the terms and conditions set forth above, *and upon notice to Pretrial Services.*

SO ORDERED:

_4-3-13_
DATE　　　　VICTOR MARRERO, U.S.D.J.